UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-1064 (JEB) |
| U.S. DEP'T OF HEALTH AND HUMAN SERVICES, and U.S. FOOD AND DRUG ADMINISTRATION, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 15, 2020 Minute Order, the parties hereby submit the following Joint Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request submitted by Plaintiff American Oversight ("Plaintiff" or "American Oversight") to Defendants U.S. Department of Health and Human Services ("HHS") and U.S. Food and Drug Administration ("FDA").

2. On May 21, 2020, Defendants filed a motion to consolidate the instant case, as well as three other cases, with the case *American Oversight v. U.S. Department of Health and Human Services*, No. 20-cv-947 (D.D.C.). *See* Statement of Pts. & Auths. in Supp. of Defs.' Mot. to Consolidate, *Am. Oversight v. U.S. Dep't of Health & Human Servs.*, No. 20-cv-947 (D.D.C. May 21, 2020), ECF No. 8-1. Plaintiff did not object to the consolidation of the above-captioned action (the "Instant Case") with Case No. 20-cv-947, although it did object to the consolidation of the other three cases. *See* Mem. of Pts. & Auths. in Opp'n to Defs.' Mot. to

1

Consolidate, *Am. Oversight v. U.S. Dep't of Health & Human Servs.*, No. 20-cv-947 (D.D.C. June 4, 2020), ECF No. 10.

3. On June 25, 2020, the court in Case No. 20-947 granted Defendants' motion as to the Instant Case, and thereby ordered, in relevant part, the consolidation of the Instant Case with Case No. 20-cv-947, and directed the Clerk of Courts to close the Instant Case. Mem. Order, *Am. Oversight v. U.S. Dep't of Health & Human Servs.*, No. 20-cv-947 (D.D.C. June 25, 2020), ECF No. 12 (McFadden, J.).

4. Because the Clerk of Court has not yet closed the Instant Case as of the time of filing and to the extent this Court's June 15th Minute Order remains operative, the Parties make the instant filing.[1] Pursuant to Judge McFadden's June 25th Memorandum Order, the Parties intend to file a Joint Status Report proposing a schedule for proceeding in the docket of Case No. 20-cv-947 on or before July 23, 2020.

Dated:  June 29, 2020                                    Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

---

[1] Counsel for Plaintiff left a voicemail for the Clerk of Courts regarding the closure of this matter on June 29, 2020, but had not received a response as of the time of filing this Joint Status Report.

*Counsel for Defendants*

*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar # 1035590
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
christine.monahan@americanoversight.org

*Counsel for Plaintiff*